```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 07051
    EARNEST MARSALIS
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-0814
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

The case was filed on 04/19/2007 and was not confirmed.

The case was dismissed without confirmation 09/20/2007.

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GREAT LAKES CREDIT UNION | SECURED VEHIC | .00 | .00 | .00 |
| GREAT LAKES CREDIT UNION | UNSECURED | 10400.04 | .00 | .00 |
| IL DEPT OF HEALTHCARE & | PRIORITY | 4261.04 | .00 | .00 |
| FIRST PREMIER | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL FINANCIAL CONTRO | UNSECURED | 137.00 | .00 | .00 |
| CITI CARDS | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | .00 | .00 | .00 |
| CITIBANK | UNSECURED | .00 | .00 | .00 |
| CITIBANK NA | UNSECURED | .00 | .00 | .00 |
| CITIBANK | UNSECURED | .00 | .00 | .00 |
| CITIBANK | UNSECURED | .00 | .00 | .00 |
| CITIBANK NA | UNSECURED | .00 | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 6910.00 | .00 | .00 |
| FAIR COLLECTIONS & OUT | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 681.71 | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTION SYSTE | UNSECURED | NOT FILED | .00 | .00 |
| ECMC | UNSECURED | .00 | .00 | .00 |
| ECMC | UNSECURED | .00 | .00 | .00 |
| RMI/MCSI | UNSECURED | 500.00 | .00 | .00 |
| TAMIKA PETTIFORD | NOTICE ONLY | NOT FILED | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | 5349.83 | .00 | .00 |
| IL DEPT OF HEALTHCARE & | UNSECURED | 10164.46 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | 77.75 |

Summary of Receipts and Disbursements:

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 77.75 | |
| PRIORITY | | .00 |
| SECURED | | .00 |

PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 07 B 07051 EARNEST MARSALIS

```
UNSECURED                                                              .00
ADMINISTRATIVE                                                         .00
TRUSTEE COMPENSATION                                                   .00
DEBTOR REFUND                                                        77.75
                                    ---------------      ---------------
TOTALS                                        77.75                77.75
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 12/27/07                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE